UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 25 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Audrey Obama-Carter, )
 )
  Plaintiff, )
 )
v. ) Civil Action No.
 ) 11 0783
United States, *et al.*, )
 )
 )
  Defendants. )

MEMORANDUM OPINION

This matter is before the Court on its initial review of the plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The plaintiff sues a host of political figures and celebrities. See Complaint ("Compl.") Caption. Her accusations of rape, blackmail and extortion allegedly after she married President Barack Obama, see Compl. at 1, and allegations that, *inter alia*, Oprah Winfrey willed her "3/4 of her estate but commited [sic] crimes on me and the State of New Jersey . . . made her give me her entire estate . . . .," *id.* at 2, and Donald Trump "did not allow [her], Audrey Carter and President Obama to live together . . . .," *id.*, are the type of fantastic or delusional scenarios warranting dismissal under § 1915(e)(2) as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); accord *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994).[1]

United States District Judge

Date: April 20, 2011

---

[1] A separate Order of dismissal accompanies this Memorandum Opinion.